PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Waldemar Pabon  Cr.: 19-00614-001
PACTS #: 4635613

Name of Sentencing Judicial Officer:  THE HONORABLE WILLIAM M. SKREMY, UNITED STATES DISTRICT JUDGE (WD/NY)

THE HONORABLE KEVIN MCNULTY,
UNITED STATES DISTRICT JUDGE
(JURISDICTION TRANSFERRED 08/26/2019)

Date of Original Sentence: 08/23/2017

Original Offense:   Count 4: Conspiracy To Distribute Controlled Substance, 21 U.S.C. § 846
Count 6: Controlled Substance - Sell - Distribute - Or Dispense, 21 U.S.C. § 841 841(b)(1)(B)
Count 34: Distribute In Or Near Schools/Controlled Substance, 21 U.S.C. § 860 (a)

Original Sentence: 60 months imprisonment, 96 months supervised release

Special Conditions: Drug Treatment, Substance Abuse Testing, Search/Seizure, Special Assessment, Alcohol Treatment, Alcohol Restrictions

Type of Supervision: Supervised Release                     Date Supervision Commenced: 06/03/2019

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Marijuana Use |

U.S. Probation Officer Action:
On November 29, 2021, during a home visit, the undersigned officer requested a urine specimen from Mr.Pabon and the results were positive for marijuana. Following the administration of the urine screening, Mr. Pabon admitted he smoked marijuana on November 15, 2021, at his job after one of his clients gave him the substance. Mr. Pabon indicated he has been under a lot of stress lately with his wife's delicate pregnancy and being the breadwinner of his household. Based on Mr. Pabon's otherwise compliant behavior on supervision, at this time no Court action is requested. The probation office would like to provide Mr. Pabon with the opportunity to engage in treatment and address any substance abuse issues. His drug use will continue to be monitored closely and any further drug use or other instances of non-compliance, will be reported to the Court immediately with an appropriate recommendation.

Prob 12A – page 2
Waldemar Pabon

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Santiago A. Cornejo, JR.*

By:   SANTIAGO A. CORNEJO, JR.
U.S. Probation Officer

/ sac

APPROVED:

*Sharon O'Brien   December 6, 2021*
SHARON O'BRIEN                    Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

/s/ Kevin McNulty
Signature of Judicial Officer

12/6/2021
Date